# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Phillip J. Reisenauer, Debra K. Reisenauer, | ) | |
| Green Tree Financial Servicing Corporation, | ) | |
| Franklin Credit Management Corporation, | ) | |
| Deutsche Bank National Trust Company, and | ) | |
| Stark County, North Dakota, | ) | |
| | ) | Case No.: 1:13-cv-108 |
| Defendants. | ) | |

The scheduling conference set for February 26, 2014, shall be rescheduled for March 10, 2014, at 1:00 p.m CDT. The court shall initiate the conference call. The parties should confer, complete, and email a joint proposed scheduling/discovery plan to the undersigned at ndd_J-Miller@ndd.uscourts.gov no later than two days prior to the conference.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2014.

                                                               */s/ Charles S. Miller, Jr.*
                                                               Charles S. Miller, Jr., Magistrate Judge
                                                               United States District Court